STATE v. BEASLEY

No. 14 PC.

Case below:   2 N.C. App. 323.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 January 1969.

STATE v. CRAWFORD

No. 17 PC.

Case below:   3 N.C. App. 337.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 11 February 1969.

STATE v. HUNSUCKER

No. 8 PC.

Case below:   3 N.C. App. 281.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 January 1969.

STATE v. WILLIAMS

No. 15 PC.

Case below:   3 N.C. App. 463.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 11 February 1969.

REDEVELOPMENT COMM. v. STEWART

No. 10 PC.

Case below:   3 N.C. App. 271.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 January 1969.

TRUST CO. v. CONSTRUCTION CO.

No. 5 PC.

Case below:   3 N.C. App. 157.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 31 January 1969.